# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LARRY MARTIN, Inmate #B58252,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL NO. 05-408-MJR** |
| | ) | |
| **ROGER E. WALKER,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff, currently an inmate in the Stateville Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. This action was transferred to this Court from the United States District Court for the Northern District of Illinois because Plaintiff's complaint described events that occurred while he was an inmate at Pinckneyville Correctional Center, located in the Southern District of Illinois. *See* 28 U.S.C. § 1406(a). Plaintiff previously was granted leave to proceed *in forma pauperis*, and he has tendered his initial partial filing fee as ordered. Defendants have been served and are represented by the Illinois Attorney General's Office.

While the case was pending in the Northern District of Illinois, the Honorable Rebecca R. Pallmeyer determined that Plaintiff's claims of harsh conditions of confinement at Stateville Correctional Center and of deliberate indifference to his serious medical needs at Pinckneyville Correctional Center survived review under 28 U.S.C. § 1915(e)(2)(B) and would be allowed to proceed. Judge Pallmeyer dismissed an additional claim of unconstitutional home detention. Based

on the status of the case at transfer, no additional threshold review is necessary.

Accordingly, pursuant to Local Rule 72.1(a)(2), this cause is **REFERRED** to a United States Magistrate Judge for further pre-trial proceedings.

Further, this entire matter is hereby **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED this 21st day of June, 2005.**

> **s/ Michael J. Reagan**
> **MICHAEL J. REAGAN**
> **United States District Judge**